# United States District Court
## for the
### Western District of Louisiana

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/18/08
BH

United States of America )
v. )
John Pradia ) Case No: 00-20084-006
) USM No: 10799-035
Date of Previous Judgment: 10/17/2001 ) Federal Public Defender
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **135** months is reduced to **108**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 31    Amended Offense Level: 29
Criminal History Category: III    Criminal History Category: III
Previous Guideline Range: 135 to 168 months    Amended Guideline Range: 108 to 135 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The sentence reduction Ordered above is subject to the prohibition found in U.S.S.G. 1B1.10(b)(2)(C). Additionally, a ten (10) day STAY is imposed on this Order.

Except as provided above, all provisions of the judgment dated **10/17/2001** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/17/2008

Judge's signature

Effective Date: 07/28/2008
(if different from order date)

Judge Richard T. Haik
Printed name and title

COPY SENT
DATE 7-18-08
BY BH
TO USP
USM